751 A.2d 1046

IN.THE MATTER OF JOHN R. LOLIO, JR., AN ATTORNEY AT LAW.

June 7, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JOHN R. LOLIO, JR.**, of **PENNSAUKEN**, who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of three months . effective March 6, 2000, by Order of this Court dated February 10, 2000, be restored to the practice of law, effective immediately.